# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Lopez-Murray, an Individual,<br><br>Plaintiff(s),<br><br>v.<br><br>United Parcel Service, Inc., a Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 2:22-cv-01567 FMO (JEMx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. John E. McDermott<br><br>Scheduling Conference Date: June 2, 2022<br>Time: 10:00 am<br><br>Complaint filed: March 8, 2022<br>Trial date: Not yet assigned |

**ORDER ON STIPULATED PROTECTIVE ORDER.**

Having reviewed the joint stipulated protective order, and considered the arguments of counsel, and finding good cause appearing therefore.

**IT IS HEREBY ORDERED**:

Dated: 5/18/22

_____
Honorable John E. McDermott
United States Magistrate Judge

# EXHIBIT A
# ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Central District of California on [date] in the case of _____ **[insert formal name of the case and the number and initials assigned to it by the court]**. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

    I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____